United States Court of Appeals
Fifth Circuit

**F I L E D**

April 15, 2003

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 02-41162

JAMELL KALIMAH, Indivually and as administrator of the
Estate of Cathey Jo Howard-Kalimah Deceased and as next
friend of Syed A. Kalimah and Regyna Q. Howard, Minors; ANNIE
MARIE MCDONALD; RUDOLPH WINFRED MCDONALD,

Plaintiffs-Appellees,

VERSUS

MCKINNEY, TEXAS, CITY OF; ET AL.,

Defendants,

JOYCE VANDERTUIN,

Defendant-Appellant.

Appeal from the United States District Court
For the Eastern District of Texas, Marshall
2:02-CV-22-TJW

Before DAVIS, HALL* and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:**

---

*Circuit Judge for the Ninth Circuit, sitting by designation.

**Pursuant to 5TH CIR. R. 47.5, the Court has determined that this
opinion should not be published and is not precedent except under
the limited circumstances set forth in 5TH CIR. R. 47.5.4.

For essentially the reasons stated by the district court in its Order of August 2, 2002, we agree that the district court correctly found that disputed issues of material fact are present which required it to deny Officer Vandertuin's motion for summary judgment based on qualified immunity. We therefore have no jurisdiction to review the district court's order.

APPEAL DISMISSED.

2